TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 2: 09

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A05-066-01 CR (RRB) |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR ENTRY OF** |
| | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| VICTOR MANUEL ASTORGA, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 13th day of December, 2005 in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that a true and correct copy of the foregoing Request for Entry of Preliminary Order of Forfeiture and proposed Preliminary Order of Forfeiture were sent via U.S. Mail this 13th day of December, 2005, to:

ALLEN N. DAYAN
745 W. 4th Avenue, Suite 230
Anchorage, AK 99501

*Katie Voke*
Office of the United States Attorney