Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. A05-066 CR (RRB) |
| | ) |
| Victor Manuel Astorga, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING**

COMES NOW the Defendant, Victor M. Astorga, by and through his counsel Allen N. Dayan, and moves the Court to continue the sentencing date in this matter for 30 days.

This motion is supported by affidavit of counsel.

A period of excludable delay under 18 U.S.C. 3161(h) may occur as a result of the filing/granting/denying of the Defendant's motion.

DATED this 11th day of January, 2006, at Anchorage, Alaska.

ALLEN N. DAYAN
Attorney for Defendant
Victor M. Astorga

Allen N. Dayan

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

1

Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. A05-066 CR (RRB) |
| | ) | |
| Victor Manuel Astorga, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF ALLEN N. DAYAN**

| STATE OF ALASKA | ) | |
|---|---|---|
| | ) | ss. |
| THIRD JUDICIAL DISTRICT | ) | |

I, Allen N. Dayan, being first duly sworn, hereby depose and state as follows:

1. I am the attorney for the above-named defendant in this case.

2. U.S. Probation Officer Scott Kelly and I have diligently attempted to determine whether a prior criminal conviction in California of Mr. Astorga's is a felony or a misdemeanor. Mr. Kelly and I wish to be absolutely certain as to the nature of this conviction prior to sentencing. We are

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

2

obtaining a certified copy of the judgment so that we can accurately determine if Mr. Astorga received a misdemeanor or felony conviction. Verification as to the classification of the conviction is necessary because if it is a felony it will cause the defendant to be a "career offender" under the guidelines.

4. I have spoken with Assistant U.S. Attorney Karen Leoffler and she does not oppose defendant's motion to continue sentencing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ALLEN N. DAYAN

SUBSCRIBED AND SWORN TO before me this 11th day of January, 2005, at Anchorage, Alaska.



_____
NOTARY PUBLIC for the State of ALASKA
My Commission Expires: 10/17/09

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

3

Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. A05-066 CR (RRB) |
| Victor Manuel Astorga, | ) |
| Defendant. | ) |

**ORDER**

Defendant's Motion to Continue sentencing is GRANTED. Sentencing in this matter will is now set for this ____ day of _____, 2006.

DATED this ____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

4