Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. A05-066 CR (RRB) |
| Victor Manuel Astorga, | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF TO PARTIES OF UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING**

I hereby certify that on January 12, 2005, a copy of defendant Astorga's Unopposed Motion on Shortened Time to Continue Sentencing was Electronically Served on Joseph P. Josephson and Karen Loeffler and was delivered via U.S. mail to Rex Lamont Butler at 745 W. 4th Avenue, Suite 300 Anchorage, AK 99501 and Ronald A. Offret at 733 W. 4th Avenue #206 Anchorage, AK 99501

Dated this 12th day of January, 2006 at Anchorage, Alaska

_____
Allen N. Dayan

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

1

Certificate of Service
I hereby certify that on January 12, 2005, a copy of the foregoing was Electronically Served on Joseph P. Josephson and Karen Loeffler and was hand delivered to Rex Lamont Butler at 745 W. 4th Avenue, Suite 300 Anchorage, AK 99501 and Ronald A. Offret at 733 W. 4th Avenue #206 Anchorage, AK 99501

By R Hal.