Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Victor Manuel Astorga, )<br>)<br>Defendant. )<br>_____) | Case No. A05-066 CR (RRB) |

**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING**

COMES NOW the Defendant, Victor M. Astorga, by and through his counsel Allen N. Dayan, and moves the Court to continue the sentencing date in this matter for 30 days.

This motion is supported by affidavit of counsel.

A period of excludable delay under 18 U.S.C. 3161(h) may occur as a result of the filing/granting/denying of the Defendant's motion.

DATED this 12th day of January, 2006, at Anchorage, Alaska.

                                          s/Allen N. Dayan
                                          745 W. 4th Avenue, Suite 230
                                          Anchorage, Alaska 99501
                                          Phone: 907-277-2330
                                          Fax: 907-277-7780
                                          Email: dayanlaw@acsalaska.net
                                          Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on January 12, 2005, a copy of the foregoing was Electronically Served on Joseph P. Josephson and Karen Loeffler and was hand delivered to Rex Lamont Butler at 745 W. 4th Avenue, Suite 300 Anchorage, AK 99501 and Ronald A. Offret at 733 W. 4th Avenue #206 Anchorage, AK 99501