Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. A05-066 CR (RRB) |
| | ) |
| Victor Manuel Astorga, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROPOSED ORDER**

Defendant's Motion to Continue sentencing is GRANTED. Sentencing in this matter will is now set for this ____ day of _____, 2006.

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge

1