Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Manuel Astorga

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. A05-066 CR (RRB) |
| | ) |
| Victor Manuel Astorga, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AFFIDAVIT OF ALLEN N. DAYAN**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, Allen N. Dayan, being first duly sworn, hereby depose and state as follows:

1. I am the attorney for the above-named defendant in this case.

2. U.S. Probation Officer Scott Kelly and I have diligently attempted to determine whether a prior criminal conviction in California of Mr. Astorga's is a felony or a misdemeanor. Mr. Kelly and I wish to be absolutely certain as to the nature of this conviction prior to sentencing. We are

N N. DAYAN &
OCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

2

obtaining a certified copy of the judgment so that we can accurately determine if Mr. Astorga received a misdemeanor or felony conviction. Verification as to the classification of the conviction is necessary because if it is a felony it will cause the defendant to be a "career offender" under the guidelines.

4. I have spoken with Assistant U.S. Attorney Karen Leoffler and she does not oppose defendant's motion to continue sentencing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ALLEN N. DAYAN

SUBSCRIBED AND SWORN TO before me this 11th day of January, 2005, at Anchorage, Alaska.



_____
NOTARY PUBLIC for the State of ALASKA
My Commission Expires: 10/17/09

EN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501
907-277-2330

3