DEBORAH M. SMITH
United States Attorney

KAREN L.LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-066-RRB |
| Plaintiff, | ) **GOVERNMENT'S** |
| | ) **SENTENCING** |
| vs. | ) **MEMORANDUM** |
| **VICTOR MANUEL ASTORGA**, | ) |
| ALEJANDRO DOMINGUEZ BOJORQUEZ, | ) |
| JUAN JOSE CARDENAS-AGUAYO, and | ) |
| OMAR SALAZAR-CARDENAS, | ) |
| Defendants. | ) |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Victor Manuel Astorga, as follows:

**I.   Summary of Estimated Guideline Calculations**

The government has no objections to the presentence report calculations. Therefore, defendant is facing a guideline sentencing range of 120- 150 months.

Mr. Astorga is further subject to a statutory mandatory minimum sentence of 5 years or 60 months. The government's recommendation is set forth in the attached motion filed under seal.

II.     **Response to Anticipated Objections**

Neither party has filed objections to the presentence report. The guideline calculation in that report is consistent with the anticipated guideline calculation set forth in the plea agreement.

III.    **Government's Recommendation**

The government's recommendation is set forth in the motion filed under seal filed contemporaneously herewith.

RESPECTFULLY SUBMITTED this day, March 2, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 2, 2006, a copy of the foregoing, was served, electronically, on: **Allen N. Dayan**

s/Karen Loeffler