ALLEN N. DAYAN
Alaska Bar # 8811179
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for VICTOR MANUEL ASTORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A-05-0066 CR (RRB) |
| | ) |
| VICTOR MANUEL ASTORGA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STATEMENT OF DEFENDANT VICTOR MANUEL ASTORGA
OF SENTENCING FACTORS TO BE RELIED UPON AT SENTENCING**

COMES NOW, Victor Manuel Astorga by and through his counsel of record, Allen N. Dayan, and hereby files this Statement of Sentencing factors to be relied upon at sentencing.

Defendant entered into a plea agreement with the United States Government, and entered a plea of guilty on November 14, 2005 to Count 1 Drug Conspiracy in violation of 21 U.S.C. §846 and 841(a)(1) and (b)(1)(B).

Mr. Astorga requests the Court accept his plea agreement and asks that he be incarcerated in California which would allow him

to be close to his family.

The offense level has been calculated to be level 27. The Criminal History Category is V, the guidelines range is 120 to 150 months.

## CONCLUSION

Mr. Astorga deeply regrets any harm which has come from his actions and request the Court sentence him at the lowest end of the appropriate sentencing guideline range.  In addition, Mr. Astorga respectfully requests that the Court recommend that he be admitted to the Bureau of Prison's drug treatment program.

DATED this 2nd day of March, 2006, at Anchorage, Alaska.

          s/Allen N. Dayan
          745 W. 4th Avenue, Suite 230
          Anchorage, Alaska 99501
          Phone: 907-277-2330
          Fax: 907-277-7780
          Email: dayanlaw@acsalaska.net
          Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on January 12, 2005, a copy of the foregoing was Electronically Served on Joseph P. Josephson, Karen Loeffler, Rex Lamont Butler and Ronald A. Offret