# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"* on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:05-CR-066-RRB |
| DEFENDANT Victor Manuel Astorga, et al. | TYPE OF PROCESS Publication |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ANCHORAGE DAILY NEWS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1001 Northway Drive, Anchorage, AK 99508

RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

05-DEA-453918
05-DEA-453926
05-DEA-453937
05-DEA-453940
05-DEA-457175

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

Katie Voke  /s/ Katie Voke

TELEPHONE NUMBER: (907) 271-2304

DATE: 3/22/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4/6/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/5/06
Time: 2:28 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:**

Published in Anchorage Daily News.

Publication Dates: April 10, 17 & 24, 2006.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# Anchorage Daily News
## Affidavit of Publication
1001 Northway Drive, Anchorage, AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 764591 | 04/10/2006 | | USMA1106 | $131.14 | | | | | | |
| | 04/17/2006 | | USMA1106 | $131.14 | | | | | | |
| | 04/24/2006 | | USMA1106 | $131.14 | | | | | | |
| | | | | $393.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $393.42 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _[signature]_

Subscribed and sworn to me before this date:

_April 25, 2006_

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: _09/12/2007_

_[signature: Kimberly A. Kirby]_  _[Notary seal: KIMBERLY A. KIRBY NOTARY PUBLIC STATE OF ALASKA]_

---

**NOTICE OF UNITED STATES v. VICTOR MANUEL ASTORGA, ALEJANDRO DOMINGUEZ BOJORQUEZ, JUAN JOSE CARDENAS-AGUAYO, & OMAR SALAZAR-CARDENAS Case No. 3:05-cr-066-RRB**

To all interested persons in the above-styled case, notice is hereby given that on January 9 and 30, 2006, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered Preliminary Orders of Forfeiture forfeiting the following property to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (a)(2): $35,822.00 IN UNITED STATES CURRENCY, and one BERETTA 92FS 9MM SEMI-AUTOMATIC HANDGUN, SERIAL NO. 161426, and one TAURUS 9MM SEMI-AUTOMATIC HANDGUN, SERIAL NO. PT92AF.

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendants asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant US. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Pub: April 10, 17, 24, 2006